

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00337-CV

**IN THE MATTER OF J.M.**,

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2005JUV01800
The Honorable Carmen Kelsey, Judge Presiding

# O R D E R

It appears from the clerk's record and notice of appeal that appellant is attempting to appeal an adjudication order or a disposition order in a juvenile case. Both orders were signed by the trial court on December 7, 2005. Juvenile appeals proceed under the rules governing civil cases. *See* TEX. FAM. CODE ANN. § 56.01(a) (West 2014); *see In the Matter of G.C.F.*, 42 S.W.3d 194, 195 (Tex. App.—Fort Worth 2001, no pet.); *In the Matter of J.C.H., Jr.*, 12 S.W.3d 561, 562 (Tex. App.—San Antonio 1999, no pet.). The rules governing appeals in civil cases require a notice of appeal to be filed within 30 days after the judgment is signed, or within 90 days if any party files a timely motion for new trial, motion to modify the judgment or order, motion to reinstate, or a request for findings of fact or conclusion of law. *See* TEX. R. APP. P. 26.1(a).

Here, appellant did not file a timely motion for new trial, motion to modify the judgment or order, motion to reinstate, or a request for findings of fact or conclusions of law. Thus, to be timely, appellant's notice of appeal was due within 30 days of signing the adjudication order or the disposition order. *See id.* Appellant filed his notice of appeal on May 1, 2014, which is more than 30 days after the signing of the adjudication order and the disposition order.

We, therefore, ORDER appellant to show cause in writing by **[insert 21 days]** why this appeal should not be dismissed for lack of jurisdiction. *See G.C.F.*, 42 S.W.3d at 195 (dismissing juvenile appeal for lack of jurisdiction when appellant's notice of appeal was untimely); *J.C.H.*, 12 S.W.3d at 562 (same). We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.



_____
Keith E. Hottle
Clerk of Court